IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LEO D. HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 01-3069 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

The Court now considers Plaintiff's Agreed Motion to Dismiss (d/e 14) (the "Motion"). For the reasons stated below, the Motion is ALLOWED.

FACTS & ANALYSIS

Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to move a court for dismissal on terms that the court considers proper. Plaintiff's Motion states that dismissal is warranted because the Appeals Council has denied his social security claim. Defendant consents to Plaintiff's requested

1

dismissal. Accordingly, the Court finds that Plaintiff's Motion states proper grounds for dismissal under Rule 41(a)(1).

## CONCLUSION

THEREFORE, the Agreed Motion to Dismiss (d/e 14) is ALLOWED. This case is CLOSED. Each party is to bear its own fees, costs and expenses.

ENTERED: MAY 5, 2011

FOR THE COURT BY:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE